IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Richard D. Levy | | CHAPTER 13 |
| | Debtor | |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | NO. 14-11514 JKF |
| Richard D. Levy | | |
| | Debtor | |
| William C. Miller Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this 3rd day of August, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2100 Austell Street, Opelika, AL 36801 ("Property), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Richard D. Levy
201 E Roland Road
Brookhaven, PA 19015

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 302
Philadelphia, PA 19107

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532