United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard D Levy  
       Debtor

Case No. 14-11514-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: ChrissyW      Page 1 of 2      Date Rcvd: Jan 16, 2019  
                          Form ID: 138NEW      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
```
db             +Richard D Levy,    201 E Roland Road,    Brookhaven, PA 19015-3328
13253877      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,    4161 Piedmont Pkwy,    Greensboro, NC 27410)
13360526       +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13253878       +CBSI,    550 Greensboro Ave,    Suite 3,    Tuscaloosa, AL 35401-1584
13315454       +Comptroller of Maryland,    301 West Preston Street,    Room 409,    Baltimore MD 21201-2396
13606358        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
13375764       +Sadek and Cooper,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
13291552       +Sallie Mae Inc. on behalf of,    MA Higher Ed Assist. Corporation,
                 d/b/a American Student Assistance,    100 Cambridge Street, Suite 1600,    Boston, MA 02114-2567
13253881       +State of Maryland Treasurer's Office,    Goldstein Treasury Building,    80 Calvert Street,
                 Annapolis, MD 21401-1907
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2019 05:32:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2019 05:33:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13285640       +E-mail/Text: solutions@mydccu.com Jan 17 2019 05:33:29     DuPont Community Credit Union,
                 c/o Kevin G. Lounsbury,    PO BOX 1365,    Waynesboro VA 22980-0923
13253879       +E-mail/Text: solutions@mydccu.com Jan 17 2019 05:33:29     DuPont Community Credit Union,
                 140 Lucy Lane,    Waynesboro, VA 22980-3275
13521560        E-mail/PDF: rmscedi@recoverycorp.com Jan 17 2019 06:44:25
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13253880       +E-mail/PDF: pa_dc_claims@navient.com Jan 17 2019 05:35:18     Sallie Mae,    11100 USA Pkwy,
                 Fishers, IN 46037-9203
13253882       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2019 05:32:00
                 Verizon,    500 Technology Dr,    Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,   P.O. BOX   16408,   ST. PAUL, MN   55116-0408
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Richard D Levy brad@sadeklaw.com,    bradsadek@gmail.com
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2              Date Rcvd: Jan 16, 2019
                              Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                       TOTAL: 6

Case 14-11514-amc    Doc 43    Filed 01/18/19    Entered 01/19/19 01:04:23    Desc Imaged
Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Richard D Levy

        Debtor(s)                          Bankruptcy No: 14−11514−amc

                                              Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                            Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                            For The Court
                                                                      Timothy B. McGrath
                                                                       Clerk of Court

Dated: 1/16/19

                                                                                                      41 − 40
                                                                                                  Form 138_new