Certificate Number: 03088-PAE-DE-032225139

Bankruptcy Case Number: 14-11514



03088-PAE-DE-032225139

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 29, 2019, at 9:00 o'clock PM CST, Richard D Levy completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    January 29, 2019                By:    /s/Doug Tonne

                                          Name:  Doug Tonne

                                          Title: Counselor